IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CASE NO. 1:12-cr-0107**

**v.** :

**TERLAZZO WILTSHIRE** : **Judge Sylvia H. Rambo**

## O R D E R

On August 31, 2015, Defendant filed, pro se, a motion to vacate pursuant to 28 U.S.C. § 2255.  (Doc. 77.)  Upon consideration thereof, **IT IS HEREBY ORDERED THAT:**

1) Petitioner is granted leave to proceed *in forma pauperis*.

2) Respondents shall show cause within twenty-one (21) days of the date of this order why Petitioner should not be granted habeas corpus relief.

3) A determination as to whether or not Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.

4) Petitioner shall, if he so desires, file a reply to the response to the show-cause order within fourteen (14) days of its filing.

s/Sylvia H. Rambo
United States District Judge

Dated: November 4, 2015