IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :     Crim. No. 1:12-cr-0107
: 
**v.**     :
:
**TERLAZZO WILTSHIRE**     :     Judge Sylvia H. Rambo

## O R D E R

**AND NOW**, this 22nd day of December, 2015, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) Frederick Ulrich, Esquire, 100 Chestnut Street, Harrisburg, PA 17101, is appointed to represent Defendant in the prosecution of his motion filed pursuant to 28 U.S.C. § 2255.

2) Appointed counsel shall explore Defendant's allegations regarding his New York convictions.

3) Upon completion of that investigation, appointed counsel is permitted to file an amended motion and shall advise this court if a hearing is required.

4) Appointed counsel shall have until January 29, 2016 to comply with this order.

                                               s/Sylvia H. Rambo
                                               United States District Judge

Dated: December 22, 2015