IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:12-cr-107** |
| **v.** | : | |
| **TERLAZZO WILTSHIRE** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 20th day of November, 2017, **IT IS HEREBY ORDERED** as follows:

1) The motion filed pursuant to 28 U.S.C. § 2255 is **DENIED**.

2) The court declines to issue a certificate of appealability for the reasons set forth in the accompanying memorandum and for the additional reason that any appeal is deemed frivolous and not taken in good faith.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge